IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                          CAUSE NO. 1:18CR140-LG-RHW

WALTER B. WILLIAMS

## ORDER DENYING REQUEST FOR DOCKET SHEET AND JUDGMENT

**BEFORE THE COURT** is the [35] "Request for Docket Sheet and Judgement" filed by Defendant Walter B. Williams. After reviewing the Motion, the record in this matter, and the applicable law, the Court finds that the Motion should be denied.

## DISCUSSION

Defendant Williams pled guilty to possession of a firearm by a convicted felon and was sentenced to forty-one months imprisonment. The Judgment was entered on the docket on April 30, 2019, and Williams did not appeal. He has filed the present motion seeking waiver of fees for copies of the docket sheet, plea agreement, and judgment entered in this matter. Williams explains that he needs these documents "in order to help Petitioner decide if Petitioner needs to proceed with Petitioner's case."

A federal prisoner is "not entitled to free copies of his trial records solely because he is indigent or because he desires to prepare a petition seeking collateral relief." *United States v. Watson*, 61 F. App'x 919, *1 (5th Cir. 2003). Free copies of records will not be provided so that a prisoner can conduct "fishing expeditions to locate possible errors." *Id.* Thus, a prisoner must demonstrate that the records

requested are necessary for the proper disposition of his claims. *See id.*

It is clear that Williams is requesting documents in order to find a post-conviction claim. Because this is the type of fishing expedition disapproved of by the Fifth Circuit Court of Appeals, Williams' request for free copies of the docket sheet, plea agreement, and judgment will be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [35] "Request for Docket Sheet and Judgement" filed by Defendant Walter B. Williams is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 9th day of October 2019.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
U.S. District Judge